**H. C. JONES, Collector of Internal Revenue for the District of Oklahoma, v. Mary Halliburton SANDS, Formerly Mary Halliburton.**

No. 2649.

Circuit Court of Appeals, Tenth Circuit.

Dec. 11, 1942.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

Bridges, Parry & Krueger, of Tulsa, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed December 11, 1942, on motion of appellant.

**Albion D. T. LIBBY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8217.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 4, 1943.

Decided Feb. 8, 1943.

Rehearing Denied March 17, 1943.

A. D. T. Libby, of Newark, N. J., for petitioner.

Arthur Manella, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Samuel H. Levy, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The finding of the Board of Tax Appeals (now the Tax Court of the United States) that the stock in question became worthless prior to the taxable year for which the petitioner claimed its cost as a deduction is amply supported by the evidence. The decision of the Board is therefore affirmed.

**James R. MACON, Appellant, v. UNITED STATES of America, Appellee.**

No. 8976.

Circuit Court of Appeals, Sixth Circuit.

Dec. 2, 1942.

Kenneth W. Robinson and Harry S. Silverstein, both of Denver, Colo., and Harold K. Bell, of Cleveland, Ohio, for appellant.

Don C. Miller and Franklyn S. Judson, both of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

It appearing to the court from certified copy of journal entry filed November 24, 1942, that the judgment and sentence in this case has been vacated and set aside by the District Court and that a new trial has been granted; in consideration whereof and pursuant to order of this court entered October 14, 1942, it is now ordered that the appeal herein be and the same is dismissed.